# EXHIBIT A

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Three's Company
Search Results: Displaying 119 of 270 entries

*A Man about the house / N R W Company ; in association with T T C...*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0000012615 / 1978-08-07 |
| **Title:** | A Man about the house / N R W Company ; in association with T T C Productions, Inc. |
| **Imprint:** | [s.l. : s.n.], c1977. |
| **Description:** | 1 videocassette, 30 min., sd., color, 3/4 in. |
| **Series:** | Three's company. no. 0101 |
| **Notes:** | Deposit includes synopsis (1 p.) & credit sheet (3 p.). |
| | Based on a Thames Television program, Man about the house, created by Johnnie Mortimer & Brian Cooke. |
| **Cast:** | John Ritter, Joyce DeWitt, Suzanne Somers et al. |
| **Credits:** | Produced by Don Nicholl, Michael Ross, Bernie West; directed by Bill Hobin; written by Don Nicholl, Michael Ross, Bernie West; music by Joe Raposo; videotape editor: Jay Scherberth. |
| **Copyright Claimant:** | Three's Company, a joint venture consisting of T T C Producions, Inc. & The N R W Company |
| **Date of Creation:** | 1977 |
| **Date of Publication:** | 1977-03-15 |
| **Authorship on Application:** | Three's Company, employer for hire. |
| **Other Title:** | Three's company : no. 0101 |
| **Names:** | Mortimer, Johnnie |
| | Cooke, Brian |
| | Mortimer, Johnnie |
| | Cooke, Brian |
| | NRW Company |
| | TTC Productions, Inc. |
| | Three's Company |

**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▼   Format for Print/Save

Enter your email address: [_____]  Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Three's Company
Search Results: Displaying 124 of 270 entries

***Roper's niece / N R W Company ; in association with T T C Productions, Inc.***

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0000012620 / 1978-08-07
**Title:** Roper's niece / N R W Company ; in association with T T C Productions, Inc.
**Imprint:** [s.l. : s.n.], c1977.
**Description:** 1 videocassette, 30 min., sd., color, 3/4 in.
**Series:** Three's company. no. 0106
**Notes:** Deposit includes synopsis (1 p.) & credit sheet (3 p.).
Based on a Thames Television program, Man about the house, created by Johnnie Mortimer & Brian Cooke.
**Cast:** John Ritter, Joyce DeWitt, Suzanne Somers et al.
**Credits:** Produced by Don Nicholl, Michael Ross, Bernie West; directed by Bill Hobin; written by Paul Wayne & George Burditt; music by Joe Raposo; videotape editor: Jay Scherberth.
**Copyright Claimant:** Three's Company, a joint venture consisting of T T C Producions, Inc. & The N R W Company
**Date of Creation:** 1977
**Date of Publication:** 1977-03-31
**Authorship on Application:** Three's Company, employer for hire.
**Other Title:** Three's company : no. 0106
Man about the house
**Names:** Mortimer, Johnnie
Cooke, Brian
NRW Company
TTC Productions, Inc.
Three's Company

**Save, Print and Email (Help Page)**
Select Download Format: Full Record   Format for Print/Save

Enter your email address: [                ] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Three's Company
Search Results: Displaying 123 of 270 entries

*No children, no pets / N R W Company ; in association with T T C...*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0000012619 / 1978-08-07 |
| **Title:** | No children, no pets / N R W Company ; in association with T T C Productions, Inc. |
| **Imprint:** | [s.l. : s.n.], c1977. |
| **Description:** | 1 videocassette, 30 min., sd., color, 3/4 in. |
| **Series:** | Three's company. no. 0105 |
| **Notes:** | Deposit includes synopsis (1 p.) & credit sheet (3 p.). |
|  | Based on a Thames Television program, Man about the house, created by Johnnie Mortimer & Brian Cooke. |
| **Cast:** | John Ritter, Joyce DeWitt, Suzanne Somers et al. |
| **Credits:** | Produced by Don Nicholl, Michael Ross, Bernie West; directed by Bill Hobin; written by Paul Wayne & George Burditt; music by Joe Raposo; videotape editor: Jay Scherberth. |
| **Copyright Claimant:** | Three's Company, a joint venture consisting of T T C Producions, Inc. & The N R W Company |
| **Date of Creation:** | 1977 |
| **Date of Publication:** | 1977-04-07 |
| **Authorship on Application:** | Three's Company, employer for hire. |
| **Other Title:** | Three's company : no. 0105 |
|  | Man about the house |
| **Names:** | Mortimer, Johnnie |
|  | Cooke, Brian |
|  | NRW Company |
|  | TTC Productions, Inc. |
|  | Three's Company |

**Save, Print and Email (Help Page)**
Select Download Format: Full Record — Format for Print/Save

Enter your email address: [            ] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Three's Company
Search Results: Displaying 122 of 270 entries

***Jack the giant killer / N R W Company ; in association with T T C...***

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0000012618 / 1978-08-07 |
| **Title:** | Jack the giant killer / N R W Company ; in association with T T C Productions, Inc. |
| **Imprint:** | [s.l. : s.n.], c1977. |
| **Description:** | 1 videocassette, 30 min., sd., color, 3/4 in. |
| **Series:** | Three's company. no. 0104 |
| **Notes:** | Deposit includes synopsis (1 p.), credit sheet (3 p.) & contact sheet (1 p.). |
|  | Based on a Thames Television program, Man about the house, created by Johnnie Mortimer & Brian Cooke. |
| **Cast:** | John Ritter, Joyce DeWitt, Suzanne Somers et al. |
| **Credits:** | Produced by Don Nicholl, Michael Ross, Bernie West; directed by Bill Hobin; written by Dennis Koenig & Larry Balmagia; music by Joe Raposo; videotape editor: Jay Scherberth. |
| **Copyright Claimant:** | Three's Company, a joint venture consisting of T T C Producions, Inc. & The N R W Company |
| **Date of Creation:** | 1977 |
| **Date of Publication:** | 1977-04-14 |
| **Authorship on Application:** | Three's Company, employer for hire. |
| **Other Title:** | Three's company : no. 0104 |
|  | Man about the house |
| **Names:** | Mortimer, Johnnie |
|  | Cooke, Brian |
|  | NRW Company |
|  | TTC Productions, Inc. |
|  | Three's Company |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record    Format for Print/Save

Enter your email address: [          ] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Three's Company
Search Results: Displaying 121 of 270 entries

***It's only money / N R W Company ; in association with T T C Productions, Inc.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0000012617 / 1978-08-07 |
| **Title:** | It's only money / N R W Company ; in association with T T C Productions, Inc. |
| **Imprint:** | [s.l. : s.n.], c1977. |
| **Description:** | 1 videocassette, 30 min., sd., color, 3/4 in. |
| **Series:** | Three's company. no. 0103 |
| **Notes:** | Deposit includes synopsis (1 p.), credit sheet (2 p.) & contact sheet (1 p.). |
| | Based on a Thames Television program, Man about the house, created by Johnnie Mortimer & Brian Cooke. |
| **Cast:** | John Ritter, Norman Fell, William Pierson & Joey Forman. |
| **Credits:** | Directed by Bill Hobin; written by Paul Wayne & George Burditt; music by Joe Raposo; videotape editor: Jay Scherberth. |
| **Copyright Claimant:** | Three's Company, a joint venture consisting of T T C Producions, Inc. & The N R W Company |
| **Date of Creation:** | 1977 |
| **Date of Publication:** | 1977-04-21 |
| **Authorship on Application:** | Three's Company, employer for hire. |
| **Other Title:** | Three's company : no. 0103 |
| | Man about the house |
| **Names:** | Mortimer, Johnnie |
| | Cooke, Brian |
| | Mortimer, Johnnie |
| | Cooke, Brian |
| | NRW Company |
| | TTC Productions, Inc. |
| | Three's Company |

Save, Print and Email (Help Page)

Select Download Format  Full Record   Format for Print/Save

Enter your email address: _____   Email

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Three's Company
Search Results: Displaying 120 of 270 entries



*And Mother makes four / N R W Company ; in association with T T C...*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0000012616 / 1978-08-07 |
| **Title:** | And Mother makes four / N R W Company ; in association with T T C Productions, Inc. |
| **Imprint:** | [s.l. : s.n.], c1977. |
| **Description:** | 1 videocassette, 30 min., sd., color, 3/4 in. |
| **Series:** | Three's company. no. 0102 |
| **Notes:** | Deposit includes synopsis (1 p.), credit sheet (3 p.) & contact sheet (1 p.). |
|  | Based on a Thames Television program, Man about the house, created by Johnnie Mortimer & Brian Cooke. |
| **Cast:** | John Ritter, Joyce DeWitt, Suzanne Somers et al. |
| **Credits:** | Produced by Don Nicholl, Michael Ross, Bernie West; directed by Bill Hobin; written by Don Nicholl, Michael Ross, Bernie West; music by Joe Raposo; videotape editor: Jay Scherberth. |
| **Copyright Claimant:** | Three's Company, a joint venture consisting of T T C Producions, Inc. & The N R W Company |
| **Date of Creation:** | 1977 |
| **Date of Publication:** | 1977-03-24 |
| **Authorship on Application:** | Three's Company, employer for hire. |
| **Other Title:** | Three's company : no. 0102 |
|  | Man about the house |
| **Names:** | Mortimer, Johnnie |
|  | Cooke, Brian |
|  | Mortimer, Johnnie |
|  | Cooke, Brian |
|  | NRW Company |
|  | TTC Productions, Inc. |
|  | Three's Company |



| | |
|---|---|
| **Save, Print and Email (Help Page)** | |
| Select Download Format  [Full Record ▼] | [Format for Print/Save] |
| Enter your email address: [          ] | [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page