

27th Floor
1633 Broadway
New York, NY 10019-6708

**Camille Calman**
(212) 603-6454 tel
(212) 489-8230 fax

camillecalman@dwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/14

August 7, 2014

**VIA ECF**

Hon. Thomas P. Griesa
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Adjmi v. DLT Entertainment Ltd.*; *Three's Company, a Joint Venture and DLT Entertainment Ltd. v. Adjmi, Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc. Piece By Piece Productions, Inc.*
14 CV 568 (TPG)(JCF)

Dear Judge Griesa:

This firm represents plaintiff/counter-defendant David Adjmi in the action referenced above. Adjmi and the other counter-defendants plan to file a Motion for Judgment on the Pleadings within the next week, and plan to include as an exhibit a hard copy of the television series *Three's Company*, which is incorporated by reference in the parties' pleadings. The television series is on DVDs, which cannot be filed electronically using the ECF system. Adjmi and the other counter-defendants seek Your Honor's permission to file these DVDs as hard-copy exhibits. Defendant/counter-claimant DLT Entertainment Ltd. and counter-claimant Three's Company, a Joint Venture, do not object to this request. Additional courtesy copies of the DVDs will be delivered to Chambers and to counsel for defendant/counter-claimants.

Sincerely yours,

Davis Wright Tremaine LLP

Camille Calman

cc:  Michelle Marsh, Esq.
Jonathan Reichman, Esq.
Toby Butterfield, Esq.
Andrew J. Ungberg, Esq.
Edward J. Davis, Esq.
Bruce E.H. Johnson, Esq.

approved
Thomas P. Griesa
J SDJ
8/13/14

DWT 24517603v1 0064285-000078

Anchorage   New York     Seattle
Bellevue    Portland     Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com