UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

―――――――――――――――――――――― x
DAVID ADJMI, :
                      Plaintiff, :    14 Civ. 0568 (TPG)
:
          - against - :    **NOTICE OF MOTION**
:    **FOR JUDGMENT**
DLT ENTERTAINMENT LTD., :    <u>**ON THE PLEADINGS**</u>
:
                      Defendant. :
―――――――――――――――――――――― x
                                          x
THREE'S COMPANY, A JOINT VENTURE, :
AND DLT ENTERTAINMENT LIMITED, :
:
                  Counter-Claimaints, :
:
          - against - :
:
DAVID ADJMI, RATTLESTICK :
PRODUCTIONS, INC., RISING PHOENIX :
REPERTORY, INC., and PIECE BY PIECE :
PRODUCTIONS, INC.                x
:
                  Counter-Defendants.
―――――――――――――――――――――――

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Camille Calman, dated August 25, 2014; the accompanying Memorandum of Law; and the pleadings herein, Plaintiff/Counter-Defendant David Adjmi ("Adjmi") and Counter-Defendants Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., and Piece By Piece Productions, Inc. will move before the Honorable Thomas P. Griesa, United States District Judge, Southern District of New York on the 17th day of October, 2014, at 10:00 a.m. or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 12(c) granting judgment on the pleadings in favor of Plaintiff/Counter-Defendants and dismissing the Counterclaims in their entirety, with prejudice; a declaration that *3C* is a non-infringing fair use of *Three's Company* and that Adjmi is entitled to authorize publication and future productions of *3C*; and an award of reasonable attorneys' fees to Plaintiff/Counter-Defendants, pursuant to 17 U.S.C. § 505

PLEASE TAKE FURTHER NOTICE that, pursuant to the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's answering papers, if any, shall be filed and served no later than October 2, 2014, and Defendant's reply papers, if any, shall be filed and served no later than October 16, 2014.

Dated: New York, New York
August 25, 2014

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Edward J. Davis
    Edward J. Davis
    Camille Calman

1633 Broadway 27th floor
New York, New York 10019
(212) 489-8230

Bruce E. H. Johnson
(admitted *pro hac vice*)

Suite 2200
1201 Third Avenue
Seattle, Washington  98101-3045
(212) 489-8230

*Attorneys for Plaintiff/Counterclaim Defendant David Adjmi*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

    Toby Butterfield
    Andrew J. Ungberg
488 Madison Avenue, 10th Floor
New York, New York  10022
(212) 980-0120
tbutterfield@fkks.com
aungberg@fkks.com

3

*Attorneys for Counterclaim Defendants*
*Piece by Piece Productions, Inc.,*
*Rattlestick Productions, Inc. and*
*Rising Phoenix Repertory, Inc.*

TO: Michelle Mancino Marsh
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
(212) 908 6180

*Attorneys for Defendant/Counterclaimant*
*DLT Entertainment Ltd. and Counterclaimant*
*Three's Company, A Joint Venture*