

1633 Broadway
New York, NY 10019-6708

**Camille Calman**
(212) 603-6454 tel
(212) 489-8230 fax

camillecalman@dwt.com

November 14, 2014

**BY ECF**

Hon. Thomas P. Griesa
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Adjmi v. DLT Entertainment Ltd.; Three's Company, a Joint Venture and DLT Entertainment Ltd. v. Adjmi, Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., piece by piece productions, inc.*
14 CV 568 (TPG)(JCF)

Dear Judge Griesa:

     This firm represents plaintiff/counter-defendant David Adjmi in the action referenced above. It has come to our attention that there is a typographical error in the brief that we filed on Wednesday, November 12, 2014. The name of the *Three's Company* character "Chrissy" is misspelled as "Crissy" in four instances on pages 4, 5, and 6 of the brief.

     We respectfully request permission to file an amended brief via ECF that corrects the spelling of "Chrissy." The brief would be otherwise identical to the brief filed on Wednesday, November 12, 2014.

Respectfully submitted,

Davis Wright Tremaine LLP

Camille Calman

cc:   Michelle Mancino Marsh, Esq.
Toby Butterfield, Esq.
Andrew J. Ungberg, Esq.
Edward J. Davis, Esq.
Bruce E.H. Johnson, Esq.