USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DAVID ADJMI                         :    14 Civ. 568
                                    :
         Plaintiff,                 :
                                    :    ORDER
    v.                              :
                                    :
DLT ENTERTAINMENT LTD.              :
                                    :
         Defendants.                :
                                    :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

       The above-captioned case shall be reassigned to the undersigned.

SO ORDERED.

Dated:    New York, New York
          February 11, 2015

                                    _____
                                    LORETTA A. PRESKA
                                    Chief United States District Judge