UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID ADJMI,<br><br>        Plaintiff,<br><br>  v.<br><br>DLT ENTERTAINMENT LTD.,<br><br>        Defendant,<br><br>THREE'S COMPANY, A JOINT VENTURE, and DLT ENTERTAINMENT LTD.,<br><br>        Counter-Claimants,<br><br>  v.<br><br>DAVID ADJMI,<br><br>        Counter-Defendant, and<br><br>RATTLESTICK PRODUCTIONS, INC., RISING PHOENIX REPERTORY, INC., and PIECE BY PIECE PRODUCTIONS, INC.,<br><br>        Third-Party-Defendants. | Civil Action No. 14-CV-568 (LAP)<br><br>**NOTICE OF APPEAL** |

      Notice is hereby given that Defendant and Counter-Claimant DLT Entertainment Ltd. and Counter-Claimant Three's Company, a joint venture, in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the judgment entered on April 1, 2015 (D.I. 68) that granted Plaintiff and Counter-Defendant David Adjmi, and Third-Party Defendants Rattlestick Productions, Inc., Rising Phoenix Repertory, Inc., and piece by piece Productions, Inc.'s Motion for Judgment on the Pleadings in a Declaratory Judgment action.

Dated: May 1, 2015         By: /s/ *[signature]*

                                            KENYON & KENYON LLP
                                            Jonathan D. Reichman (JR3243)
                                            Michelle Mancino Marsh (MM1494)
                                            jreichman@kenyon.com
                                            mmarsh@kenyon.com
                                            One Broadway
                                            New York, New York 10004
                                            Phone: (212) 425-7200
                                            Fax.: (212) 425-5288
                                            *Attorneys for Defendant and Counter-Claimant*
                                            *DLT Entertainment Ltd. and Counter-Claimant*
                                            *Three's Company, A Joint Venture*